IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                         Crim. Action No.: 1:20CR74-3
                                           (Judge Kleeh)

MICHAEL ALCENDOR,

        Defendant.

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN
FELONY CASE [DKT. NO. 575], ACCEPTING GUILTY PLEA,
AND SCHEDULING SENTENCING HEARING

On June 7, 2021, the Defendant, Michael Alcendor ("Alcendor"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Counts One, Ten, and Thirty-Four of the Indictment, without a written plea agreement. Count One charges him with Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C). Count Ten charges him with Distribution of Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Count Thirty-Four charges him with Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Alcendor stated that he understood that the magistrate judge is not a United States District Judge, and Alcendor consented to

**ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY
CASE [DKT. NO. 575], ACCEPTING GUILTY PLEA,
AND SCHEDULING SENTENCING HEARING**

pleading before the magistrate judge.  The parties also placed onto the record certain stipulations and nonbinding sentencing recommendations pursuant to the plea agreement. [ECF No. 575]. This Court referred Alcendor's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Alcendor's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Alcendor was competent to enter a plea, that the plea was freely and voluntarily given, that Alcendor was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea.  The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 575] finding a factual basis for the plea and recommending that this Court accept Alcendor's plea of guilty to Counts One, Ten, and Thirty-Four of the Indictment.

The magistrate judge **remanded** Defendant to the custody of the United States Marshals Service.

2

**ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY
CASE [DKT. NO. 575], ACCEPTING GUILTY PLEA,
AND SCHEDULING SENTENCING HEARING**

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Alcendor nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's amended R&R [Dkt. No. 575], provisionally **ACCEPTS** Alcendor's guilty plea, and **ADJUDGES** him **GUILTY** of the crimes charged in Counts One, Ten, and Thirty-Four of the Indictment.

Additionally, this Court **TERMINATES** the pending R&R. [Dkt. No. 573].

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Alcendor, and prepare a presentence investigation report for the Court;

3

**ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY
CASE [DKT. NO. 575], ACCEPTING GUILTY PLEA,
AND SCHEDULING SENTENCING HEARING**

2.    The Government and Alcendor shall each provide their narrative descriptions of the offense to the Probation Officer by **July 9, 2021**;

3.    The presentence investigation report shall be disclosed to Alcendor, his counsel, and the Government on or before **September 7, 2021**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.    Counsel may file written objections to the presentence investigation report on or before **September 21, 2021;**

5.    The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **October 5, 2021**; and

6.    Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **October 19, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge

**ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY
CASE [DKT. NO. 575], ACCEPTING GUILTY PLEA,
AND SCHEDULING SENTENCING HEARING**

Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Alcendor on **November 4, 2021,** at **2:30 p.m.,** at the **Clarksburg, West Virginia** point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

**DATED**: June 29, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE